IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 20 2023
AT____ O'CLOCK____
John M. Domurad, Clerk - Albany

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   1:23-CR-237 (GLS) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **CHRISTOPHER BARRY,** | ) | Violations:   18 U.S.C. § 2252A(a)(2)(A) |
| | ) | |
| | ) | [Receipt of Child Pornography] |
| **Defendant.** | ) | |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) & (b)(2) [Possession of Child Pornography] |
| | ) | |
| | ) | 3 Counts and Forfeiture Allegation |
| | ) | |
| | ) | County of Offenses:   Saratoga |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Receipt of Child Pornography]**

From in or about at least June 2021, to in or about January 2022, in Saratoga County in the Northern District of New York and elsewhere, the defendant, **CHRISTOPHER BARRY**, did knowingly receive child pornography using a means and facility of interstate and foreign commerce, shipped and transported in and affecting such commerce by any means, including by computer, in that the defendant did receive numerous graphic image and video files of actual minors engaged in sexually explicit conduct by use of the Internet, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

**COUNTS 2 and 3**
**[Possession of Child Pornography]**

On or about February 9, 2022, in Saratoga County in the Northern District of New York and elsewhere, the defendant, **CHRISTOPHER BARRY**, did knowingly possess material that

contained one or more image files of child pornography that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting such commerce by any means, including by computer, and that was produced using materials that had been transported in and affecting such commerce by any means, including by computer, that is, the electronic media described below, each of which contained numerous graphic image and video files of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

| Count | Device |
| --- | --- |
| 2 | A black Samsung Galaxy A51 A515U in a clear case with IMEI number 354030115341058, manufactured in Vietnam |
| 3 | A black Cricket-brand ovation-model smartphone in a red case with IMEI number 869072041156844, manufactured in Taiwan |

Each violation involved images of child pornography involving prepubescent minors and minors who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(b)(2).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 to 3 of this information are hereby realleged and incorporated by reference herein for the purposes of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253(a)(3).

Pursuant to Title 18, United States Code, Section 2253(a)(3), upon conviction of the charges alleged in Counts 1 to 3 of this indictment, the defendant, **CHRISTOPHER BARRY**, shall forfeit to the United States of America any property, real and personal, used and intended to be used to commit and to promote the commission of such offense and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

2

(1) A black Samsung Galaxy A51 A515U in a clear case with IMEI number 354030115341058; and

(2) A black Cricket-brand ovation-model smartphone in a red case with IMEI number 869072041156844.

Dated: June 20, 2023

CARLA B. FREEDMAN
United States Attorney

By: /s/ Alexander Paul Wentworth-Ping
Alexander Paul Wentworth-Ping
Assistant United States Attorney
Bar Roll No. 701897

*Name Redacted

[signature redacted]

Grand Jury Foreperson